# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS LUTGE, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01809 DAD JLT<br><br>ORDER CLOSING THE CASE AS TO DENNIS LUTGE ONLY<br>(Doc. 13) |

The plaintiff has filed a voluntary dismissal under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1) as to Dennis Lutge only. (Doc. 13) Accordingly, the Clerk of Court is DIRECTED to close this action **as to Dennis Lutge only.**

IT IS SO ORDERED.

Dated:   **March 15, 2021**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1